IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                            :
AUTO-OWNERS INSURANCE COMPANY,              :    CIVIL ACTION
                          Plaintiff,        :
                                            :
         v.                                 :    No. 12-7228
                                            :
STEVENS & RICCI, INC. and                   :
THE HYMED GROUP CORPORATION,                :
                          Defendants.       :
_____:

# ORDER

**AND NOW**, this  31st  day of March, 2015, following oral argument held on December 4, 2014 regarding the Motion for Summary Judgment filed by Plaintiff, Auto-Owners Insurance Company ("Auto-Owners") (Dkt. No. 43), on July 15, 2014; the Cross-Motion for Summary Judgment filed by Defendant, The Hymed Group Corporation ("Hymed") (Dkt. No. 47), filed on September 30, 2014; Auto-Owners' Memorandum of Law in Opposition to Hymed's Cross-Motion (Dkt. No. 52) filed October 30, 2014; Hymed's Reply to Auto-Owners' Response (Dkt. No. 53) filed November 14, 2014; and for the reasons expressed in the foregoing Memorandum Opinion,

**IT IS ORDERED** that Auto-Owners' Motion (Docket No. 43) is **GRANTED** and Hymed's Cross-Motion is **DENIED**. **THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE STATISTICALLY**.

                                        BY THE COURT:


                                         */s/ Henry S. Perkin*
                                        HENRY S. PERKIN,
                                        United States Magistrate Judge